In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-25-00527-CR
_____

IN RE KENNETH CHAMBLESS

**Original Proceeding
435th District Court of Montgomery County, Texas
Trial Cause Nos. 24-04-05352 & 24-04-05529**

**MEMORANDUM OPINION**

In a petition for a writ of mandamus, Kenneth Chambless asks this Court to direct the trial court either to sever the trial of his two offenses and grant a speedy trial or dismiss the charges. Chambless concedes that he raised the complaints in motions he filed pro se and that he is currently represented by counsel in the trial court. Chambless argues the trial court should have granted Chambless leave to file pro se motions because his cases are "very unique" when compared to other cases with issues of insanity and competency to stand trial, in that Chambless offered to relinquish certain rights if his cases went to trial within 60 days.

1

To obtain mandamus relief in a criminal case, the relator must show that he has no adequate remedy at law and what he seeks to compel is ministerial, involving no discretion. *In re State ex rel. Best*, 616 S.W.3d 594, 599 (Tex. Crim. App. 2021) (orig. proceeding). Criminal defendants are generally not entitled to hybrid representation, and "a trial court is free to disregard any pro se motions presented by a defendant who is represented by counsel." *Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007). After reviewing the mandamus petition and the additional materials Chambless submitted with the petition, we conclude Chambless has not shown that he is entitled to mandamus relief. Accordingly, we deny the petition for a writ of mandamus. Any pending motions addressed to this Court are denied as moot.

PETITION DENIED.

PER CURIAM

Submitted on January 27, 2026
Opinion Delivered January 28, 2026
Do Not Publish

Before Golemon, C.J., Wright and Chambers, JJ.